706

## DEKALB GENETICS CORPORATION, Plaintiff–Appellee,

and

Monsanto Company, Plaintiff,

v.

## PIONEER HI–BRED INTERNATIONAL, INC., Defendant–Appellant.

Nos. 02–1526, 02–1527.

United States Court of Appeals, Federal Circuit.

April 11, 2003.

Before LINN, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.